FILED

08/12/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0654

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0654

_____

IN RE THE MARRIAGE OF:

TODD DELROY SCHMIDT,

      Petitioner and Appellee,

  and

O R D E R

AIMEE CATHERINE LAMOREAUX,
f/k/a/ AIMEE CATHERINE SCHMIDT,

      Respondent and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Amy Eddy, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 12 2020